AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| STEVEN ORLOFF, a/k/a Jason Jaffe, JasonJ, jj0122@live.com | ) ) ) ) ) | Case No. 13mJ 7164 JCB |
| Defendant(s) | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __3/13/12 - 8/5/12 & 12/10/12__ in the county of __Middlesex__ in the
_____ District of __Massachusetts__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Sect.. 2251(a) | Productino of Child Pornography |
| 18 U.S.C. Sect. 2252A(a)(5) | Possession of Child Pornography |

This criminal complaint is based on these facts:
See attached Affidavit.

☐ Continued on the attached sheet.

_____
Complainant's signature

Special Agent David Di Sanzo, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __12/09/2013__

_____
Judge's signature

City and state: __Boston, Massachusetts__  Jennifer C. Boal, U.S. Magistrate Judge
*Printed name and title*